TO:     All Court of Appeals Judges, Professor Bacigal, Professor Swisher and John Tucker

FROM: Marty Ring

DATE: April 7, 2015


        The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

  1.  Julie A. Rubino
        v. Justin Rubino
        Record No. 0595-14-1
        Opinion rendered by Judge Humphreys on
        January 20, 2015

  2.  James Edward Williams
        v. Commonwealth of Virginia
        Record No. 0700-14-2
        Opinion rendered by Judge Petty on
        January 20, 2015

  3.  Loren Anthony Mason, Jr.
        v. Commonwealth of Virginia
        Record No. 1542-13-2
        En Banc Opinion rendered by Judge Kelsey on
        February 3, 2015

  4.  Morgan Sinclair Goodwin
        v. Commonwealth of Virginia
        Record No. 0190-14-3
        Opinion rendered by Judge Decker on
        February 3, 2015

  5.  Antwain Maurice Jones
        v. Commonwealth of Virginia
        Record No. 0087-14-4
        Opinion rendered by Judge Beales on
        February 18, 2015